

| UNITED STATES COURT OF APPEALS | **FILED** |
|---|---|
| FOR THE NINTH CIRCUIT | JAN 25 2024 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

GAVIN MEHL and RON CUPP,

    Plaintiffs - Appellants,

 v.

WARREN GREEN, et al.;

    Defendants - Appellees.

No. 23-3603

D.C. No. 2:21-cv-01861-TLN-JDP
Eastern District of California, Sacramento

ORDER

Appellants' motion (Docket Entry No. 4) for an extension of time to file the opening brief is granted.

The opening brief is due March 1, 2024. The answering brief is due April 1, 2024. The optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT