Gavin Mehl
5960 S. Land Park Dr. #1166
Sacramento, California ~95822
Phone: (917) 304-6089
Email: mehlgavin@gmail.com

Ron Cupp
150 Raley Town Center Ste 2512
Rohnert Park, California 94925
Phone: (707) 318-9929
Email: ronc2009@gmail.com

Consumer Plaintiffs

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAR 0 1 2024

FILED
DOCKETED
DATE          INITIAL

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

| | |
|---|---|
| Gavin Mehl; Ron Cupp<br>Plaintiff(s), Appellants,<br><br>v.<br><br>WARREN GREEN, et al.<br><br>Defendant(s) - Appellees | No. 23-3603<br><br>D.C. No: 2:21-cv-01861-TLN-JDP<br><br>**MOTION TO EXTEND TIME TO FILE OPENING BRIEF [FRAP 4]** |

COMES NOW, PLAINTIFF(S), GAVIN MEHL, and RON CUPP (hereinafter Plaintiff(s)), timely to move this honorable Court to extend Time to file six (6) months opening brief pursuant to FRAP 4 (a)(5)(B) on the following grounds:

An extension of time for six (6) months is warranted to allow the Superior Court of California, Appellate Division adequate time to transfer the relevant state case 21UD01125 to the Court of Appeal for the Third Appellate District. Appellant filed the Petition for Transfer in the Court of Appeal for the Third Appellate District on February 29, 2024.

Here, the district found Plaintiffs collaterally estopped from bringing the case based on a state court ruling in case 21UD01125, which is now pending transfer to the Court of Appeal for the Third District of California.

The parties have obtained one other extension to file opening brief until March 1, 2024, as to the particular matter for which the extension is sought.

Stipulation extending time cannot be obtained because the parties are at an impasse.

Plaintiff filed this motion seeking an extension at the earliest available opportunity once the need for additional time became apparent.

Respectfully,

Dated: February 29, 2024 /s/ Gavin Mehl

Gavin Mehl, Plaintiff *Pro Se*

Dated: February 29, 2024 /s/ Ron Cupp

Ron Cupp, Plaintiff *Pro Se*

**PROOF OF ELECTRONIC SERVICE**

1. At the time I served the documents listed in 3, I was at least 18 years old.

2. a. My business address is: 5960 S Land Park Drive #1166 Sac, CA 95822.

   b. My electronic service address is: mehlgavin@gmail.com

3. I electronically served the following document, as indicated below:

MOTION TO EXTEND TIME TO FILE OPENING BRIEF

4. I electronically served the document checked in 3 as follows:

   a. (1) Name of person served: Edward A. Treder, Barrett Daffin

      On behalf of: Wilmington Trust, NA, as Trustee of MFRA Trust

      (2) Electronic service address of person served: edwardt@bdfgroup.com

   b. (1) Name of Person served: Eric S. Pezold

      On behalf of: Peer Street, Inc., Snell & Wilmer L.L.P.

      (2) Electronic service address of person served: epezold@swlaw.com

   c. (1) Name of Person served: Andrew Blake Still

      On behalf of: Andrew Blake Still

      (2) Electronic service address of person served: astill@swlaw.com

5. On (*date*): February 29, 2024

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 29, 2024,         /s/ Gavin Mehl
                              By: _____

                                   Gavin Mehl