**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

**FILED**

MAR 14 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GAVIN MEHL and RON CUPP,<br><br>    Plaintiffs - Appellants,<br><br> v.<br><br>WARREN GREEN, et al.;<br><br>    Defendants - Appellees. | No. 23-3603<br><br>D.C. No. 2:21-cv-01861-TLN-JDP<br>Eastern District of California,<br>Sacramento<br><br>ORDER |

Appellants' motion (Docket Entry No. 6) for an extension of time to file the opening brief is granted in part. Any further motion to extend the briefing schedule based on state court proceedings should be filed as a motion to stay appellate proceedings and include the position of opposing counsel.

The opening brief is now due April 12, 2024. The answering brief is due May 13, 2024. The optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT