Case No. 23-3603

**UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

GAVIN MEHL and RON CUPP,

Plaintiff and Appellants,

v.

WARREN GREEN, et al.,

Defendants and Appellees.

_____

United States District Court, Eastern District of California,
Case No. 2:21-cv-01861-TLN-JDP
Hon. Troy L. Nunley

_____

**Proof of Service re Opposition to Appellants'
Motion to Stay Appellate Proceedings**

_____

SNELL & WILMER L.L.P.
Eric S. Pezold, Cal. Bar No. 255657
Andrew B. Still, Cal. Bar No. 312444
600 Anton Blvd, Suite 1400
Costa Mesa, California 92626-7689
Telephone: (714) 427-7000
E-mail: epezold@swlaw.com
astill@swlaw.com

Attorneys for Appellees Peer Street, Inc., PS Funding, Inc., Snell & Wilmer,
LLP, and Andrew Still

1

*Gavin Mehl and Ron Cupp v. Warren Green, et al.*
*Ninth Circuit Court of Appeals, Case No. 23-3603*

**Proof of Service**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, CA 92626-7689.

On April 25, 2024, I served, in the manner indicated below, the document described as **Opposition to Appellants' Motion to Stay Appellate Proceedings; Proof of Service re Opposition to Appellants' Motion to Stay Appellate Proceedings** on the interested parties in this action as follows:

*See the Attached Service List*

☐ BY REGULAR MAIL: I caused such envelopes to be deposited in the United States mail at Costa Mesa, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to.

☒ BY OVERNIGHT DELIVERY: I caused such envelope to be delivered by air courier, with next day service, to the offices of the addressee(s).

☒ BY ELECTRONIC MAIL: I caused such document(s) to be delivered electronically to the following email addresses:

mehlgavin@gmail.com; ronc2009@gmail.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 25, 2024, at Costa Mesa, California.

*Diane Williams*

Diane Williams
dmwilliams@swlaw.com

## Service List

| | |
|---|---|
| Gavin Mehl | Plaintiff - Appellant |
| 5960 Lank Park, S, #1166 | [Pro Se] |
| Sacramento, CA 95822 | mehlgavin@gmail.com |
| | |
| Ron Cupp | Plaintiff - Appellant |
| 150 Raley Town Center, #2512 | [Pro Se] |
| Rohnert Park, CA 94926 | ronc2009@gmail.com |

3