Gavin Mehl
5960 S. Land Park Dr. #1166
Sacramento, California ~95822
Phone: (917) 304-6089
Email: mehlgavin@gmail.com

Ron Cupp
150 Raley Town Center Ste 2512
Rohnert Park, California 94925
Phone: (707) 318-9929
Email: ronc2009@gmail.com

Plaintiff(s), Appellants

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| Gavin Mehl; Ron Cupp<br>Plaintiff(s), Appellants,<br><br>v.<br><br>WARREN GREEN, et al.<br><br>Defendant(s) - Appellees | No. 23-3603<br><br>D.C. No: 2:21-cv-01861-TLN-JDP<br><br>**REPLY TO OPPOSITION TO APPELANT'S MOTION TO STAY PROCEEDINGS** |

    Plaintiffs-Appellants Gavin Mehl and Ron Cupp hereby reply to Defendants-Appellees' opposition to Appellants' motion to stay proceedings.

**I. Appellees' Premise That State Court Proceedings Are Final Is Unsupported**

    The cornerstone of Appellees' opposition - that state proceedings are fully resolved with no further remedies available - is incorrect. As outlined in Appellant Mehl's April 26, 2024 letter to the California Supreme Court (attached Affadavit), review procedures remain pending. Mehl continues seeking definitive guidance on properly exhausting review under California Rules of Court 8.500(a)(1) based on his case's specific facts.

    The Court of Appeal's communications have been unclear, first suggesting Mehl could petition for review on 3/28/2024, then implying the opposite on 4/3/2024. Given

this confusion, Mehl wrote the Supreme Court requesting written clarification, which remains outstanding.

Therefore, contrary to Appellees' contention, state proceedings are not final. Mehl's 4/26/2024 letter manifests his intent to continue pursuing review until the Supreme Court conclusively rules out further options. A stay remains prudent while Mehl exhausts the proper procedures.

**II. A Stay Fulfills Principles of Comity and Prevents Irreparable Harm**

By arguing Mehl has exhausted his state remedies, Appellees urge this Court to render a federal decision while parallel state proceedings actively continue. This risks irreparable interference with California's review process. A stay upholds comity by allowing state courts to conclusively resolve state law issues first. See The *San Remo Hotel v. City & Cty. of San Francisco,* 545 U.S. 323 (2005).

Appellees downplay the irreparable harm from potentially losing access to a federal forum. However, settled precedent holds that such loss of federal review constitutes prejudice warranting a stay. See *Goldie's Bookstore v. Sup. Ct. of Cal.*, 739 F.2d 466 (9th Cir. 1984).

Only a stay pending conclusive guidance from the Supreme Court will prevent unnecessary federal interference and preserve Appellants' rights. Appellees face only routine delay absent irreparable harm. The balance of equities favors a stay. See *Golden Gate Rest. Ass'n v. City & Cty. of San Francisco,* 512 F.3d 1112 (9th Cir. 2008).

**CONCLUSION**

State proceedings remain pending and non-final while Appellant Mehl awaits Supreme Court guidance on properly exhausting further review. Basic principles of comity, equity and federalism strongly support temporarily staying federal proceedings to prevent irreparable harm to Appellants' rights.

Appellees have shown no concrete harm beyond ordinary delay. Accordingly, Appellants respectfully request this Court grant the motion to stay.

Respectfully submitted,

Dated: April 26, 2024                     /s/ Gavin Mehl

Dated: April 26, 2024                     /s/ Ron Cupp

Gavin Mehl
5960 S. Land Park Dr. #1166
Sacramento, California ~95822
Phone: (917) 304-6089
Email: mehlgavin@gmail.com

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| Gavin Mehl; Ron Cupp<br>Plaintiff(s), Appellants,<br><br>v.<br><br>WARREN GREEN, et al.<br><br>Defendant(s) - Appellees | No. 23-3603<br><br>D.C. No: 2:21-cv-01861-TLN-JDP<br><br>**AFFIDAVIT OF GAVIN MEHL IN SUPPORT OF REPLY TO OPPOSITION TO APPELANT'S MOTION TO STAY PROCEEDINGS** |

I, Gavin Mehl, being duly sworn, do hereby declare and state as follows:

I am the Plaintiff-Appellant in the above-titled matter.

The facts in Appellant's Reply Brief and attached April 26, 2024 letter to the California Supreme Court are true of my own personal knowledge.

State proceedings remain pending while I await definitive guidance from the California Supreme Court on exhausting further review remedies.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Dated: April 26, 2024                    /s/ Gavin Mehl
                                                                      _____

04/26/2024

Simone Voltz, Clerk Supervisor
Supreme Court of California
350 McAllister Street
San Francisco, CA 94102
415-765-7000

Re:    LETTER REQUESTING CLARIFICATION ON RULE 8.500(a)(1) AND IF THERE IS NO PLAIN, SPEEDY AND ADEQUATE REMEDY IN THE ORDINARY COURSE OF LAW

Dear Madam Clerk Voltz,

I am writing to request clarification on whether Rule 8.500(a)(1) of the California Rules of Court applies to my case, Mehl v. Wilmington Trust National Association, C100563.

This case involves the denial of my transfer request within the appellate jurisdiction of the Sacramento County Superior Court. I have attached two relevant letters from the Court of Appeal - one dated 03/28/2024 stating I can petition the Supreme Court, and one dated 04/03/2024 stating I should contact your office to clarify this question.

I would appreciate definitive clarification from the Supreme Court on whether the specific facts and procedural history of my case, as outlined in docket C100563, properly align with Rule 8.500(a)(1) requirements for filing a petition for review.

Additionally, I sent your office a letter on April 5, 2024 regarding this issue (copy attached), but according to my phone call with Clerk Dianna on 04/26/2024 at 11:30 am, you have not received that letter.

I am hoping to obtain your confirmation in writing that in this case, involving the denial of a transfer to the Court of Appeal under these specific facts, THERE IS NO PLAIN, SPEEDY AND ADEQUATE REMEDY IN THE ORDINARY COURSE OF LAW AVAILABLE at this time.

Thank you for your time and attention on this matter.

Sincerely,

Gavin Mehl
5960 S. Land Park Dr. #1166
Sacramento, CA 95822
mehlgavin@gmail.com
917.304.6089

No. _____

IN THE

**SUPRMEME COURT OF CALIFORNIA**

_____

MEHL, GAVIN

Defendant & Appellant

Vs.

WILMINGTON TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLEY AS TRUSTEE OF MFRA TRUST 2016-1 A DELAWARE STATUTORY TRUST

Plaintiff & Respondent

_____

Appeal from the Superior Court of California,

County of Sacramento - Carol Miller Justice Center

The Hon. R. Steven Lapham (case no. 21UD01125)

_____

**LETTER REQUESTING CLARIFICATION ON RULE 8.500(a)(1) AND IF THERE IS NO PLAIN, SPEEDY AND ADEQUATE REMEDY IN THE ORDINARY COURSE OF LAW AVAILABLE**
**Re: Case No. C100563**

_____

1

Counsel for Defendant & Appellant

Gavin Mehl

5960 S. Land Park Dr. #1166

Sacramento, CA 95822

Telephone: +1 917 304 6089

Email: mehlgavin@gmail.com

Counsel for Plaintiff & Respondent

Edward Alan Treder #116307

Barrett Daffin Frappier Treder & Weiss,

3990 Concours Ste 350, Ontario, CA 91764-7971

Phone: 626-371-7000 | Fax: 972-661-7709

Email: edwardt@BDFGroup.com

April 5, 2024,

Dear Justices of the Supreme Court of California:

I am writing to request clarification regarding whether Rule 8.500(a)(1) of the California Rules of Court applies to my case, Mehl v. Wilmington Trust National Association, C100563.

This case involves the denial of my transfer request within the appellate jurisdiction of the Sacramento County Superior Court. I previously received letters from the Court of Appeal dated March 28, 2024 and April 3, 2024 indicating that the rules do not appear to allow filing a petition for review of the transfer denial. See copies of the letters attached.

However, I would appreciate definitive clarification from this Court on whether the facts and procedural history of my specific case, as outlined in docket C100563, properly align with the requirements of Rule 8.500(a)(1) for filing a petition for review.

Additionally, on April 5, 2024, I spoke by phone with Deputy Clerk Jonathan at your Court, who informed me that based on the facts and rule above, this case could not be filed for review with the Supreme Court. I am hoping to obtain your confirmation of this in writing, along with a determination that in this case, there is no plain, speedy and adequate remedy in the ordinary course of law available to me at this time.

3

Thank you for your time and consideration in clarifying this matter. Please let me know if you require any additional information. I look forward to your response.

Dated: April 5, 2024

Respectfully submitted,　　　　/s/　　　Gavin Mehl

## PROOF OF ELECTRONIC SERVICE

1. At the time I served the documents listed in 3, I was at least 18 years old.

2. a. My business address is: 5960 S. Land Park Dr. #1166 Sacramento, CA 95822

   b. My electronic service address is: mehlgavin@gmail.com

3. I electronically served the following document, as indicated below:

   **REQUEST FOR CLARIFICATION ON RULE 8.500(a)(1)**

   21UD01125 – Wilmington Trust vs. Mehl

4. I electronically served the document checked in 3 as follows:

   a. (1) Name of person served: Edward A. Treder, Barrett Daffin

   *On behalf of*: Wilmington Trust, NA, as Trustee of MFRA Trust

   (2) Electronic service address of person served:

   edwardt@bdfgroup.com

   (3) On (*date*): April 5, 2024

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 5, 2024,           /s/ Gavin Mehl

                              By: _____

                                          Gavin Mehl

5

**OFFICE OF THE CLERK
COURT OF APPEAL
Third Appellate District
State of California**

914 Capitol Mall
Sacramento, CA 95814-4814
916.654.0209
www.courts.ca.gov

**COLETTE M. BRUGGMAN**
Clerk/Executive Officer

**TODD C. EYSTER**
Assistant Clerk/Executive Officer

March 28, 2024

Gavin Mehl
5960 S. Land Park Dr. #1166
Sacramento, CA 95822

Re:    Mehl v. Wilmington Trust National Association
        C100563
        Sacramento County Super. Ct. No. 21UD01125

Dear Mr. Mehl:

At the direction of the court, your document entitled "Motion for Reconsideration or Rehearing of the Order Denying the Transfer" is not being filed and is hereby rejected. Pursuant to rule 8.1018(a) of the California Rules of Court, the denial of the transfer is final immediately. The order denying the petition to transfer was filed on March 25, 2024, and the case was final on that date. Therefore, no further filings are permitted in this case.

Pursuant to rule 8.500 of the California Rules of Court, "a party may file a petition in the Supreme Court for review of any decision of the Court of Appeal. . . ."

Very truly yours,

COLETTE M. BRUGGMAN
Clerk/Executive Officer

*Kashiab Yang*

By:   Kashiab Yang
Assistant Deputy Clerk III

cc:   See Mailing List

MAILING LIST

Re: Mehl v. Wilmington Trust National Association
C100563
Sacramento County Super. Ct. No. 21UD01125

Copies of this document have been sent by mail to the parties checked below unless they were noticed electronically. If a party does not appear on the TrueFiling Servicing Notification and is not checked below, service was not required.

Gavin Mehl
5960 S. Land Park Dr. #1166
Sacramento, CA 95822

Edward A. Treder
Barrett Daffin Frappier Treder & Weiss
3990 Concours, Suite 250
Ontario, CA 91764

Sacramento County Superior Court
720 Ninth Street
Sacramento, CA 95814

No. _____C100563

IN THE

COURT OF APPEAL

FOR THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

_____

MEHL, GAVIN

Defendant & Appellant

Vs.

WILMINGTON TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLEY AS TRUSTEE OF MFRA TRUST 2016-1 A DELAWARE STATUTORY TRUST

Plaintiff & Respondent

_____

Appeal from the Superior Court of California,

County of Sacramento - Carol Miller Justice Center

The Hon. R. Steven Lapham (case no. 21UD01125)

_____

**LETTER IN RESPONSE TO KASHIAB YANG REQUEST FOR CLARIFICATION ON RULE 8.500(a)(1)**

_____

1

Counsel for Defendant & Appellant

Gavin Mehl

5960 S. Land Park Dr. #1166

Sacramento, CA 95822

Telephone: +1 917 304 6089

Email: mehlgavin@gmail.com

Counsel for Plaintiff & Respondent

Edward Alan Treder #116307

Barrett Daffin Frappier Treder & Weiss,

3990 Concours Ste 350, Ontario, CA 91764-7971

Phone: 626-371-7000 | Fax: 972-661-7709

Email: edwardt@BDFGroup.com

2

TO Kashib Yang and the Honorable Associate Justices of the Court of Appeal of the State of California, Third Appellate District:

I am writing in response to your letter dated March 28, 2024, regarding the case Mehl v. Wilmington Trust National Association C100563. In your letter, you stated that pursuant to Rule 8.500 of the California Rules of Court, "a party may file a petition in the Supreme Court for review of any decision of the Court of Appeal. . . ."

However, this particular case appears to involve the denial of a transfer within the appellate jurisdiction of the superior court. It appears that the cited rule may not apply to this specific situation, as it may be an exception to petitioning the Supreme Court for review of a Court of Appeal decision. Please clarify if my interpretation of Rule 8.500(a)(1) is correct, as this will help determine whether any writ remedies are available and avoid piecemeal litigation over the scope of the rule.

Dated: March 29, 2024

Respectfully submitted,　　　　　/s/　　　Gavin Mehl

3

**PROOF OF ELECTRONIC SERVICE**

1. At the time I served the documents listed in 3, I was at least 18 years old.

2. a. My business address is: 6640 Bush Way, Carmichael, CA 95608.

    b. My electronic service address is: zeke@powerpolitics.com

3. I electronically served the following document, as indicated below:

**LETTER IN RESPONSE TO KASHIAB YANG REQUEST FOR CLARIFICATION ON RULE 8.500(a)(1)**

21UD01125 – Wilmington Trust vs. Mehl

4. I electronically served the document checked in 3 as follows:

    a. (1) Name of person served: Edward A. Treder, Barrett Daffin

    *On behalf of*: Wilmington Trust, NA, as Trustee of MFRA Trust

    (2) Electronic service address of person served:

    edwardt@bdfgroup.com

    (3) On (*date*): March 29, 2024

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 29, 2024,     /s/ Zeke Laymen

By: _____

Zeke Layman

4

**OFFICE OF THE CLERK**
**COURT OF APPEAL**
**Third Appellate District**
**State of California**

914 Capitol Mall  
Sacramento, CA   95814-4814  
916.654.0209  
www.courts.ca.gov

**COLETTE M. BRUGGMAN**  
Clerk/Executive Officer

**TODD C. EYSTER**  
Assistant Clerk/Executive Officer

April 3, 2024

Gavin Mehl  
5960 S. Land Park Dr. #1166  
Sacramento, CA 95822

Re:   Mehl v. Wilmington Trust National Association  
C100563  
Sacramento County Super. Ct. No. 21UD01125

Dear Mr. Mehl:

This letter is in response to your letter received on March 29, 2024, requesting clarification of rule 8.500(a)(1).   Please be advised that the Clerk's Office is not allowed to provide legal advice, but it does appear that the rule does not allow the filing of a petition for review on the denial of a transfer of a case within the appellate jurisdiction of the trial court.   If you have further questions regarding filing a petition for review in the Supreme Court, you may contact the Supreme Court at the address listed below.

Supreme Court of California  
350 McAllister Street  
San Francisco, CA 94102  
415-865-7000

Very truly yours,

COLETTE M. BRUGGMAN  
Clerk/Executive Officer

*Liz Gomez*  
By:   Liz Gomez  
Supervising Deputy Clerk

cc:   See Mailing List

MAILING LIST

Re: Mehl v. Wilmington Trust National Association
C100563
Sacramento County Super. Ct. No. 21UD01125

Copies of this document have been sent by mail to the parties checked below unless they were noticed electronically. If a party does not appear on the TrueFiling Servicing Notification and is not checked below, service was not required.


Gavin Mehl
5960 S. Land Park Dr. #1166
Sacramento, CA 95822


Edward A. Treder
Barrett Daffin Frappier Treder & Weiss
3990 Concours, Suite 250
Ontario, CA 91764


Sacramento County Superior Court
720 Ninth Street
Sacramento, CA 95814

# PROOF OF ELECTRONIC SERVICE

1. At the time I served the documents listed in 3, I was at least 18 years old.

2. a. My business address is: 5960 S Land Park Drive #1166 Sac, CA 95822.

    b. My electronic service address is: mehlgavin@gmail.com

3. I electronically served the following document, as indicated below:

    REPLY TO OPPOSITION TO APPELANT'S MOTION TO STAY PROCEEDINGSI electronically served the document checked in 3 as follows:

    a. (1) Name of person served: Edward A. Treder, Barrett Daffin

       On behalf of: Wilmington Trust, NA, as Trustee of MFRA Trust

       (2) Electronic service address of person served: edwardt@bdfgroup.com

    b. (1) Name of Person served: Eric S. Pezold

       On behalf of: Peer Street, Inc., Snell & Wilmer L.L.P.

       (2) Electronic service address of person served: epezold@swlaw.com

    c. (1) Name of Person served: Andrew Blake Still

       On behalf of: Andrew Blake Still

       (2) Electronic service address of person served: astill@swlaw.com

4. On (*date*): April 26, 2024

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 26, 2024,     /s/ Gavin Mehl
                            By: _____

                                Gavin Mehl