| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAY 14 2024 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

GAVIN MEHL and RON CUPP,

    Plaintiffs - Appellants,

 v.

WARREN GREEN, et al.;

    Defendants - Appellees.

No. 23-3603

D.C. No. 2:21-cv-01861-TLN-JDP
Eastern District of California, Sacramento

ORDER

    The opposed motion (Docket Entry No. 8) for a stay of appellate proceedings is denied.

    The opening brief is now due June 14, 2024. The answering brief is due July 15, 2024. The optional reply brief is due within 21 days after service of the answering brief.

    FOR THE COURT:

    MOLLY C. DWYER
    CLERK OF COURT