| | | |
|---|---|---|
| | UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>JUN 27 2024<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| GAVIN MEHL and RON CUPP,<br><br>      Plaintiffs - Appellants,<br><br> v.<br><br>WARREN GREEN; et al.,<br><br>      Defendants - Appellees. | No. 23-3603<br><br>D.C. No.<br>2:21-cv-01861-TLN-JDP<br>Eastern District of California,<br>Sacramento<br><br>ORDER |

Appellants' opposed motion (Docket Entry No. 13) to stay appellate proceedings is denied.

The opening brief is due July 25, 2024. The answering brief is due August 26, 2024. The optional reply brief is due within 21 days after service of the answering brief.

To facilitate timely submission of cases for decision, no further extensions of time to file the opening brief will be granted absent extraordinary and compelling circumstances.

Failure to file the opening brief by July 25, 2024 may result in dismissal of this case for failure to prosecute. *See* 9th Cir. R. 42-1.

                                 FOR THE COURT:

                                 MOLLY C. DWYER<br>
                                 CLERK OF COURT