# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | |
|---|---|
| Gavin Mehl; Ron Cupp<br>Plaintiff(s), Appellants,<br><br>v.<br><br>WARREN GREEN, et al.<br>Defendant(s), Appellees | No. 23-3603<br><br><br>D.C. No: 2:21-cv-01861-TLN-JDP<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF APPEAL** |

Pursuant to Federal Rule of Appellate Procedure 42(b), the undersigned parties hereby stipulate to the voluntary dismissal of this appeal, Case No. 23-3603, with prejudice. Each party is to bear its own costs and fees on appeal.

IT IS HEREBY STIPULATED by and between all parties, through their respective counsel or pro se, as follows:

The parties request that the Court enter an order dismissing this appeal pursuant to this stipulation.

Dated: July 30, 2024

*Gavin Mehl*
Gavin Mehl, Appellant *pro se*

Dated: July 30, 2024

*Ron Cupp (Jul 30, 2024 15:57 PDT)*
Ron Cupp, Appellant *pro se*

PAGE 1 OF 2
RULE 42 DISMISSAL

4876-5806-9971.1

| | | |
|---|---|---|
| 1 | Dated: July 30, 2024 | SNELL & WILMER L.L.P. |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Eric S. Pezold<br>Andrew B. Still |
| 5 | | Attorney for Appellees Peer Street, Inc.,<br>PS Funding, Inc., Snell & Wilmer, LLP, and<br>Andrew Still |
| 6 | | |
| 7 | Dated: July 30, 2024 | BARRETT DAFFIN FRAPPIER TREDER & WEISS LLP |
| 8 | | |
| 9 | | By: _____ |
| 10 | | Edward A. Treder |
| 11 | | Attorneys for Appellees Wilmington Trust,<br>National Association, Not in Its Individual<br>Capacity, But Solely as Trustee of MFRA Trust<br>2016-1, a Delaware Statutory Trust |

Page 2 of 2
Rule 42 Dismissal

4876-5806-9971.1