**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

**FILED**

AUG 2 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GAVIN MEHL and RON CUPP,<br><br>    Plaintiffs - Appellants,<br><br> v.<br><br>WARREN GREEN; et al.,<br><br>    Defendants - Appellees. | No. 23-3603<br><br>D.C. No. 2:21-cv-01861-TLN-JDP<br>Eastern District of California,<br>Sacramento<br><br>ORDER |

The parties' stipulated motion (Docket Entry No. 16) for voluntary dismissal is granted. This appeal is dismissed with prejudice. Fed. R. App. P. 42(b).

Costs and fees shall be allocated pursuant to the parties' stipulation.

This order served on the district court acts as the mandate of this court.

                      FOR THE COURT:

                      MOLLY C. DWYER
                      CLERK OF COURT